PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

2007 MAR 23 P 3: 16

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v

ABRAHAM LAPORTE

Crim No:   3:02CR00191(CFD)

Re: **Early Termination of Probation**

On **January 6, 2004,** the above-named individual commenced a **5** year term of probation. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Sandra L. Hunt
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 21st day of March, 2007.

The Honorable Christopher F. Droney
United States District Court Judge